From: The District Court of the Eleventh Judicial District. County of Lincoln.
STATE OF MONTANA Plaintiff, vs. BOBBIE RAY COLE, Defendant.
NO. 797

## DECISION

The application of the above-named defendant for a review of the sentence of 6 years with 79 days jail time credit for Grand Larceny imposed on April 9, 1970, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence heretofore imposed will be changed and modified by suspending the last two (2) years of the six year term.

This man has an extenive criminal record and the sentence imposed is not excessive. And, further, the six years was imposed after the revocation of a deferred sentence. However, taking into consideration the total circumstances of the original charge and the transcript at the revocation hearing, we feel that the suspension of the final two years of the six year sentence is justified.

We thank Jack Morton, Esq., of the Montana Defender Project for his assistance to the defendant and to this Court.

DATED this 9th day of July, 1970.

### SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Sid G. Stewart.

From: The District Court of the First Judicial District. County of Lewis and Clark.
STATE OF MONTANA, Plaintiff, vs. CHARLES CORLISS, Defendant.
NO. 3370

## DECISION

The application of the above-named defendant for a review of the sentence of Life for Murder First Degree and Kidnapping with Intent to Secretly Confine, term of 10 years to run consecutively imposed on January 20, 1966, was fully heard and after a careful consideration of the entire matter it is decided that:

No change will be made in the sentence heretofore imposed.

What has been said by this Court previously applies to the conviction of First Degree Murder and the natural life sentence. The reason for the above decision is that the sentence appears sufficiently lenient in that the defendant was convicted of two of the most serious crimes that can be committed. Also, this petition for review is barred by Section 95-2504 as this defendant was received in prison on January 20, 1966 and had two years from January 1, 1968, to make application for review which he did not do.

We thank Leonard Haxby, Esq., for his assistance to the defendant and to this Court.

DATED this 9th day of July, 1970.

### SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Sid G. Stewart.